RECEIVED

2008 MAY -5  A 10: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### CIVIL DIVISION

RECEIVED

2008 MAY -2  A 10: 01

DEBRA P. HACKETT, CLK
U.S DISTRICT COURT
MIDDLE DISTRICT ALA

Thomas S. Burrell
Plaintiff

v.

Civil Action. : 2: 08CV330 -mef

Teachers' Retirement System Of Alabama
Defendant(s)

---

## COMPLAINT

NOW COMES, the Plaintiff, Thomas S. Burrell Pro se,  a man of full age and majority, residing in the county of Mobile, state of Alabama respectfully submits the following complaint.  In  support of said complaint, Plaintiff states as follows:

### 1.
### Jurisdiction

Plaintiff brings this civil action  of impairing the obligation of contract per se for Defendant, Teachers' Retirement System Of  Alabama , fraud, misleading practices and deceit under the laws and Constitution of the United States of America, including article 1 section 10 of the United States Constitution, the 5th & 14th amendments to the Constitution, as well as any and all other applicable laws.

2.
## Plaintiff

Thomas S. Burrell;  519 Church Street;  Prichard, Alabama 36610.

3.
## Defendant(s)

Teachers' Retirement System Of Alabama;  135 South Union Street;  Post Office Box 302150;  Montgomery, Alabama 36130-2150.

4.
## Legal Claim

Impairing the obligation on contract; article1, section 10 U.S. Constitution; ERISA Title 1, Part 2, Section 203;  Article 6 U.S. Constitution;  (Uniformity)  and the 5th & 14th Amendments.

5.

## Statement of Facts

1.  On July 8, 2006 my wife went to the hospital and was diagnosed with colon cancer which had also spread to the liver.

2.  At the beginning of 2007 the Social Security Administration granted her disability.

3.  On March 14, 2007 my wife selected option 2 on her retirement application which entitled me to receive 100% of retirement benefit.

4.  After her passing they limited my options to select option 3 which represent 50% of her total benefit, or a lump sum which represented her contribution and one year's salary.

6.
## Relief

Wherefore the Plaintiff demands judgment against the Defendant in the form of backpay with interest  and all taxable costs and general equitable relief (insurance code) and reinstatement of my wife's original selection of 100% of her benefits, and trial by jury.

Respectfully Submitted By:

*Thomas S. Burell*

Thomas S. Burrell, Pro Se
519 Church Street
Prichard, Alabama 36610
(251)457-9946