IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| THOMAS S. BURRELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-330-MEF |
| | )          WO |
| TEACHER'S RETIREMENT SYSTEM | ) |
| OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on December 30, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) filed on November 20, 2008 is adopted;

3. The Motion to Dismiss (Doc. #4) is GRANTED.

4. Plaintiff's federal claims against the Teacher's Retirement System of Alabama are DISMISSED with prejudice.

5. Plaintiff's supplemental state law claims are DISMISSED without prejudice.

DONE this the 16th day of January, 2009.

                                                          /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE